UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASTLE ROCK FARMING, LLC dba Castle Rock Vineyards, a limited liability company; and ZURICH AMERICAN INSURANCE COMPANY, a/s/o Castle Rock Farming, LLC dba Castle Rock Vineyards, a corporation;<br><br>Plaintiffs,<br><br>v.<br><br>HYUNDAI MERCHANT MARINE (AMERICA), INC., a corporation; HYUNDAI MERCHANT MARINE CO., LTD., a corporation; HYUNDAI MERCHANT MARINE, a corporation; and DOES ONE to TEN;<br><br>Defendants. | Case No.: 2:17-cv-07163-RSWL-JC<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)**<br><br>Complaint Filed: September 28, 2017 |

/ / /

/ / /

/ / /

| | |
|---|---|
| 1 | The Court, having considered the Joint Stipulation to Dismiss Action with |
| 2 | Prejudice Pursuant to FRCP 41 (a)(1)(A)(ii) hereby dismisses the action. |
| 3 | Accordingly, the March 27, 2018 Scheduling Conference is taken off |
| 4 | calendar. |
| 6 | **IT IS SO ORDERED.** |

Dated: 3/20/ 2018      s/ RONALD S.W. LEW
                       Honorable Ronald S.W. Lew
                       U.S. District Court Judge
                       UNITED STATES DISTRICT COURT of
                       CALIFORNIA